IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN FEEKO, NELIDA MARENGO, JANET RODGERS, on behalf of themselves, individually, and on behalf of all others similarly situated, <br><br> v. <br><br> PFIZER, INC. and WYETH SPECIAL TRANSACTION SEVERANCE PLAN | Civil Action NO. 11-4296 |

## ORDER

AND NOW, this 21st day of February, 2013, upon consideration of plaintiffs' complaint (paper no. 1), defendants' answer (paper no. 4), plaintiffs' Motion for Class Certification and Appointment of Class Counsel (paper no. 9), defendants' opposition (paper no. 20), plaintiff's response (paper no. 23), supplementary filings, and oral argument on January 31, 2012 at which all parties were heard, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (paper no. 9) is denied for lack of numerosity.

2. A status conference will be held on **March 18, 2013 at 10:00 A.M** in Courtroom 10-A. The court will address if the individual actions will proceed on the administrative records. Discovery deadlines, if necessary, will be set at that time.

Norma L. Shapiro, J.