IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN FEEKO; NELIDA MARENGO; and JANET RODGERS | : : : | CIVIL ACTION |
| v. | : : | NO. 11-4296 |
| PFIZER, INC. and WYETH SPECIAL TRANSACTION SEVERANCE PLAN | : : | |

## ORDER

AND NOW, this 18th day of November, 2014, after consideration of the Administrative Record (paper no. 39), defendants' Motion for Judgment on the Administrative Record (paper no. 40), plaintiffs' Motion for Summary Judgment (paper no. 41), defendants' Response in Opposition to plaintiffs' motion (paper no. 42), and plaintiffs' Response in Opposition to defendants' motion (paper no. 43), and after oral argument at which the parties were heard, and for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that:

1. Defendants' Motion for Judgment on the Administrative Record (paper no. 40) is **GRANTED**.

2. Plaintiffs' Motion for Summary Judgment (paper no. 41) is **DENIED**.

/s/ Norma L. Shapiro

J.