UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 14-4752

ROBIN FEEKO; NELIDA MARENGO;
JANET RODGERS,
on behalf of themselves, individually, and
on behalf of all others, similarly situated,
Appellants

v.

PFIZER, INC.;
WYETH SPECIAL TRANSACTION SEVERANCE PLAN

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-11-cv-04296)
District Judge: Honorable Norma L. Shapiro

Argued on November 18, 2015
Before: AMBRO, HARDIMAN and SLOVITER *Circuit Judges.*

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on November 18, 2015.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered November 19, 2014, be and the same is hereby affirmed.

Dated: January 6, 2016

ATTEST:

s/ Marcia M. Waldron,
Clerk

Certified as a true copy and issued in lieu
of a formal mandate on 01/28/2016

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit